# United States Bankruptcy Court
## Northern District of California

In re: **Linda Cantrell**
Debtor(s)

Case No. _____
Chapter **13**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **6** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **7/23/2014**

Signature of Attorney
David A. Boone 74165
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
408-291-6000   Fax: 408-291-6016

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


Amex Dsnb
9111 Duke Blvd
Mason, OH 45040


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank of America
Po Box 982235
El Paso, TX 79998


Bank of America
Po Box 982235
El Paso, TX 79998


Board of Equalization, State of CA
Acct Analysis Ctrl Sec MIC: 29
P.O. Box 92879
Sacramento, CA 94279-0029

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital One Bank
Po Box 30253
Salt Lake City, UT 84130


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Citibank Usa
Attn:Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Comenity Capital/jjill
995 W 122nd Ave
Westminster, CO 80234


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812


GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


HFC/Beneficial Mtg Services
Attn: Bankruptcy
961 Weigel Dr
Elmhurst, IL 60126


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J.Jill Credit
Comenity Bank
Po Box 182125, Attn: Bankruptcy
Columbus, OH 43218


Monterey Credit Union
501 E Franklin
Monterey, CA 98940


Monterey Credit Union
501 E Franklin
Monterey, CA 98940


Newport News
Po Box 182125
Columbus, OH 43218


Nissan
Attn: Bankruptcy
8900 Freeport Parkway
Irving, TX 75063


Pacific Capital Bank
711 E Daily Dr Ste 200
Camarillo, CA 93010


Sears/cbna
Po Box 6283
Sioux Falls, SD 57117


Shell/Citi
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

State of California - EDD
Bankruptcy Unit - MIC 92E
PO Box 826880
Sacramento, CA 94280


Syncb/lowes Dc
P.O. Box 965036
Orlando, FL 32896


Syncb/mervyns
Po Box 965005
Orlando, FL 32896


Syncb/walmart
Po Box 965024
Orlando, FL 32896


Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440


U.S. Attorney General
Civil Trial Sec. Western
PO Box 683 Ben Franklin
Washington, DC 20044


United States Attorney's Office
Attn: Chief Tax Division
450 Golden Gate Ave. 10th
San Francisco, CA 94102


Us Bank/na Nd
Cb Disputes
Saint Louis, MO 63166

Webbank
215 South State Street, Suite 800
Salt Lake City, UT 84111


Westamerica Bank
Pob 1200
Suisun City, CA 94585