DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

LINDA CANTRELL,

Debtor(s)

Chapter 13
Case No. 14-53107 CN

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting: Date: September 10, 2014 at 9:45 a.m.
Initial Confirmation Date: September 24, 2014 at 1:55 p.m.

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Pro Tanto Plan for the following reasons:

1. In order to perform her duties under 11 U.S.C. §1302(c) (incorporating duties under 11 U.S.C. §1106(a)(3)), the Trustee has determined that a Business Examination is required in this matter and requests additional time to review the petition, plan, schedules and business examination documents.

2. The Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)) because the debtor has not provided her with the tax return for the tax year 2013. Until this tax return has been provided, she is unable to recommend confirmation of the proposed Plan.

3. The Trustee is unable to determine the term of the debtor's Chapter 13 Plan as debtor's counsel has failed to file a Disclosure of Compensation – Rule 2016(b). Note: if the 2016(b) is not filed by confirmation, the Trustee is likely to file a fee disgorgement motion.

4. Pursuant to the debtor's schedules, there is excess equity in the debtor's personal property totaling $3,192.00. In order to ensure compliance with 11 U.S.C. §1325(a)(4), the debtor must amend the plan to state that, "Notwithstanding Section 2(d), general unsecured creditors shall receive no less than $3,192.00."

5. The Debtor is not in compliance with 11 U.S.C. §1325(a)(5). Internal Revenue Service is listed on Schedule D; however said creditor has been omitted from the Chapter 13 Plan.

6. Section 1 of the Statement of Financial Affairs is incomplete, in that, the debtor's income must be listed for each year. The Trustee requests that an amended Statement of Financial Affairs is filed.

Dated: September 4, 2014        /S/ Devin Derham-Burk

_____

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am a over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on September 4, 2014.

Said envelopes were addressed as follows:

| LINDA CANTRELL | LAW OFFICES OF DAVID A BOONE |
|---|---|
| 260 W CARMEL VALLEY RD | 1611 THE ALAMEDA |
| CARMEL VALLEY, CA  93924 | SAN JOSE, CA  95126 |

/S/  Devin L. Pace
_____
Office of Devin Derham-Burk, Trustee