# United States Bankruptcy Court
## Northern District of California

In re    **Linda Cantrell**    Debtor(s)    Case No. **14-53107 MEH**    Chapter **13**

## CREDITOR MATRIX COVER SHEET - AMENDED

I declare that the attached Creditor Mailing Matrix, consisting of **9** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **December 18, 2014**

/s/ David A. Boone
Signature of Attorney
David A. Boone 74165
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
408-291-6000   Fax: 408-291-6016

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Supply Company
PO Box 2026
Salinas, CA 93902


Amex Dsnb
9111 Duke Blvd
Mason, OH 45040


Associated Pathology Medical
PO Box 665
Los Gatos, CA 95031


Bahman Ahmadi
c/o Bohnen, Rosehthal & Kreeft
PO Box 1111
Monterey, CA 93942


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Bank of America
Po Box 982235
El Paso, TX 79998


Bank of America
Po Box 982235
El Paso, TX 79998


Board of Equalization, State of CA
Acct Analysis Ctrl Sec MIC: 29
P.O. Box 92879
Sacramento, CA 94279-0029


Bohnen, Rosenthal & Kreeft
PO Box 1111
Monterey, CA 93942


Bridgeport Financial
1111 WIllow St, 2nd Floor
San Jose, CA 95125


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Capital One Bank
Po Box 30253
Salt Lake City, UT 84130


Cardio-Pulmonary Assoc
30 Garden Court
Monterey, CA 93940-5302


Carmel Roasters, Inc
316 Mid Valley Center, #157
Carmel, CA 93923


Casner Exterminating Inc
11025 Commercial Pkwy
Castroville, CA 95012


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


Cintas
904 Holloway Rd
Gilroy, CA 95020


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Citibank Usa
Attn:Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Collectonics Inc
c/o Robinson -Kappos
3785 Brickway Blvd, Ste 120
Santa Rosa, CA 95403-9034


Comenity Capital/jjill
995 W 122nd Ave
Westminster, CO 80234


Community Hospital
of the Monterey Peninsula
PO Box 1128
Novato, CA 94948-1128


Community Hospital of the
Monterey Peninsula
Dept 34028 / PO Box 39000
San Francisco, CA 94139


Consumer Legal Center
18201 Von Karman Ave, Ste 680
Irvine, CA 92612


Continental Commercial Group
317 S. Brand Blvd
Glendale, CA 91204-1701

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812


GC Services LP
6330 Gulfton
Houston, TX 77081


GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Great Western Collection Bureau
PO Box 191910
San Francisco, CA 94119-1910


Green & Jespersen
9600 Blue Larkspur Lane, Ste 101
Monterey, CA 93940


HFC/Beneficial Mtg Services
Attn: Bankruptcy
961 Weigel Dr
Elmhurst, IL 60126

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J.Jill Credit
Comenity Bank
Po Box 182125, Attn: Bankruptcy
Columbus, OH 43218


Law Offices of Krista L White & Assoc
700 Ygnacio Valley Rd, Ste 360
Walnut Creek, CA 94596


Monterey Credit Union
501 E Franklin
Monterey, CA 98940


Monterey Credit Union
501 E Franklin
Monterey, CA 98940


Newport News
Po Box 182125
Columbus, OH 43218


Nissan
Attn: Bankruptcy
8900 Freeport Parkway
Irving, TX 75063

Ortiz Produce
PO Box 503
Moss Landing, CA 95039


Pacific Capital Bank
711 E Daily Dr Ste 200
Camarillo, CA 93010


Peninsula Primary Care
PO Box 480
Salinas, CA 93902-0480


Robinson-Kappos
3785 Brickway Blvd, Ste 210
Santa Rosa, CA 95403-9034


Sears/cbna
Po Box 6283
Sioux Falls, SD 57117


Shell/Citi
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


State of California - EDD
Bankruptcy Unit - MIC 92E
PO Box 826880
Sacramento, CA 94280


Steven N. MacDonald, D.C.
718 Lighthouse Ave, Ste A
Pacific Grove, CA 93950

Swisher
PO Box 473526
Charlotte, NC 28247-3526


Syncb/lowes Dc
P.O. Box 965036
Orlando, FL 32896


Syncb/mervyns
Po Box 965005
Orlando, FL 32896


Syncb/walmart
Po Box 965024
Orlando, FL 32896


Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440


The Hartford
PO Box 660916
Dallas, TX 75266-0916


U.S. Attorney General
Civil Trial Sec. Western
PO Box 683 Ben Franklin
Washington, DC 20044


United States Attorney's Office
Attn: Chief Tax Division
450 Golden Gate Ave. 10th
San Francisco, CA 94102

Us Bank/na Nd
Cb Disputes
Saint Louis, MO 63166


Webbank
215 South State Street, Suite 800
Salt Lake City, UT 84111


WebBank
c/o CAN Capital Asset Servicing
155 North 400 West, Ste 315
Salt Lake City, UT 84103


Westamerica Bank
Pob 1200
Suisun City, CA 94585


Wine Warehouse
PO Box 45616
San Francisco, CA 94145-0616